# Exhibit A

**EEOC Received: 7-23-2025**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2025-10100 |

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.): Mr. Jacob Minard
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: CRRC Sifang America Incorporated
**No. Employees, Members**: 15+
**Phone No.**: (630) 601-6200
**Street Address**: 5123 Pearl St
**City, State and ZIP Code**: Schiller Park, IL 60176-1051
**Email Address**: ryanderdan@crrcchi.com

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11/01/2024
Latest: 07/09/2025
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Jacob Minard (disabled), was employed by CRRC Sifang America Incorporated as an Assistant Field Engineer from in or around February 2023, until on or about July 9, 2025, when I was unlawfully terminated on the basis of my disability. I have a physical impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, harassment, and retaliation I was subjected to:

In or around November 2024, I was given a verbal warning for allegedly sleeping on the job. At the time, I was confused because I wasn't even aware when I would fall asleep—it would just happen without me realizing it, and I would only find out when someone told me I had dozed off.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 07 / 21 / 2025
*Charging Party Signature* [signed]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: 9bef323bdf044e70ee35cc55552bc9c4859bac99

**EEOC Received: 7-23-2025**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In or around January 2025, I became concerned because I couldn't stop unintentionally falling asleep. I decided to undergo a sleep study to understand what was happening, as I was also experiencing extreme fatigue and having trouble sleeping properly at night. I was diagnosed with sleep apnea and informed my direct supervisor, Ryan Derdan (Director), of my diagnosis.

I was working on trains and assisting with servicing them. There was often significant downtime when we had to sit and wait. Other employees, who did not have a diagnosed medical condition, would also occasionally fall asleep, yet they were never reprimanded. In my case, I was not seeking out a place to sleep—it would simply happen due to my medical condition.

In or around May 2025, despite having disclosed my sleep apnea diagnosis, I was given another verbal warning by Ryan for allegedly falling asleep on the job.

On or about July 9, 2025, I was terminated for alleged performance issues and for sleeping. I have a documented medical condition—sleep apnea—which I have been struggling to manage due to difficulties using my CPAP machine. This has affected my ability to sleep well. My most recent performance review was satisfactory, and to my knowledge, there is no objective proof that my performance was lacking, because it was not.

My employer effectively denied my request for reasonable accommodation, failed to engage with me in an interactive process to determine the appropriate accommodation as required by the ADA, and ultimately terminated my employment on the basis of my disability. Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

07 / 21 / 2025
*Date* — *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 9bef323bdf044e70ee35cc55552bc9c4859bac99

**EEOC Received: 7-23-2025**

# Dropbox Sign

Audit trail

| | |
|---|---|
| Title | EEOC Charge - Final Draft - Please Sign - Jacob Minard |
| File name | Final_EEOC_Charge_-_Jacob_Minard.pdf |
| Document ID | 9bef323bdf044e70ee35cc55552bc9c4859bac99 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**
07 / 21 / 2025
16:39:14 UTC
Sent for signature to Jacob Minard ▬▬▬▬▬▬▬ from swmerino@sulaimanlaw.com
IP: 142.197.4.197

**VIEWED**
07 / 21 / 2025
19:38:43 UTC
Viewed by Jacob Minard ▬▬▬▬▬▬▬
IP: 107.204.29.92

**SIGNED**
07 / 21 / 2025
19:40:00 UTC
Signed by Jacob Minard ▬▬▬▬▬▬▬
IP: 107.204.29.92

**COMPLETED**
07 / 21 / 2025
19:40:00 UTC
The document has been completed.

Powered by  Dropbox Sign